IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00442-LTB

NICHOLAS REED LAWTON,

    Plaintiff,

v.

JOHN TURNER,
BILY A. SALAZAR, and
DANIEL WETZEL,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 26, 2024, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of March, 2024.

                FOR THE COURT,

                JEFFREY P. COLWELL,

                Clerk


                By: s/J. Roberts
                    Deputy Clerk